■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM CARTER, Appellant. [641 NYS2d 538] —Judgment, Supreme Court, New York County (Edwin Torres, J.), rendered March 16, 1994, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to concurrent terms of 5 to 10 years, unanimously affirmed.

Defendant was not deprived of a fair trial by police testimony, which was appropriately adduced as background serving to explain why no drugs or buy money were recovered from defendant (*People v Woney*, 205 AD2d 480, *lv denied* 84 NY2d 835). The prosecutor's summation was an accurate description of defendant's role in the transaction. We would also note the overwhelming evidence of defendant's guilt (*People v Bueno*, 222 AD2d 280). Concur—Murphy, P. J., Sullivan, Ellerin, Nardelli and Mazzarelli, JJ.